# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BLEEK ESSENCE, also known as STEVEN EARLY,<br><br>Petitioner,<br><br>v.<br><br>MIKE WENEROWICZ, et al.,<br><br>Respondents. | No. 3:11-CV-1340<br><br>(JUDGE CAPUTO)<br><br>(MAGISTRATE JUDGE MANNION) |

## ORDER

**NOW** this 25th day of October, 2011, upon review of the report and recommendation of Magistrate Judge Malachy E. Mannion (Doc. 5) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The report and recommendation (Doc. 5) is **ADOPTED.**

(2) This action is transferred to the United States District Court for the Eastern District of Pennsylvania pursuant to 28 U.S.C. § 2241(d).

A. Richard Caputo
United States District Judge